[No. 54572-8-I. Division One. May 31, 2005.]

BAUGH ENTERPRISES, INC., *Appellant*, v. DENNIS R. BUNGER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-41105-1, Sharon S. Armstrong, J., entered June 17, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy and Becker, JJ.

[No. 54697-0-I. Division One. May 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARYANN E. SCALES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01931-8, Larry E. McKeeman, J., entered July 26, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54781-0-I. Division One. May 31, 2005.]

GARY L. ERICKSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-08469-7, Deborah D. Fleck, J., entered May 18, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy and Becker, JJ.

[No. 22705-7-III. Division Three. May 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BUD RAY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01250-6, Jerome J. Leveque, J., entered January 15, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J. Now published at 128 Wn. App. 307.